CHRISTOPHER E. PANETTA, Esq. (SBN 175127)
MARCO A. LUCIDO, Esq. (SBN 322203)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, California  93942-0791
Telephone:    (831) 373-1241
Facsimile:     (831) 373-7219
Email: CPanetta@FentonKeller.com
Email: MLucido@FentonKeller.com

Attorneys for Defendant
GUEST SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAMEN SAHAGUN, an individual,<br><br>                    Plaintiff,<br>          v.<br><br>GUEST SERVICES, INC., a Washington D.C. Corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**<br><br>Superior Court of California, County of Monterey, Case No. 23CV002156<br><br>Complaint Filed: July 7, 2023 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant GUEST SERVICES, INC. ("Defendant") hereby removes to this Court the state court action described below based on diversity jurisdiction.

1.      On July 7, 2023, Plaintiff DAMEN SAHAGUN ("plaintiff") filed an action in the Superior Court of the State of California, in and for the County of Monterey, entitled *Damen Sahagun v. Guest Services, Inc., et al.*, as Case Number 23CV002156 (the "Complaint").  A copy of plaintiff's Complaint is attached as "Exhibit A."

2.      The first date upon which Defendant received a copy of the Complaint was July 17, 2023, when Defendant was served with a copy of the Complaint and a summons from the state court.  A copy of the summons is attached as "Exhibit B."

{MAL-01445425;1}

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

3.      The Complaint and summons attached as Exhibits A and B to this Notice of Removal are all of the pleadings, process, and orders served on Defendant in the state action to date.  Defendant has not filed any documents in the state court action to date.

4.      The Complaint is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and it is facially apparent from the allegations in the Complaint that the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.  By the Complaint, plaintiff seeks compensatory (including alleged past and future lost wages), general and special (including alleged emotional distress), and punitive damages related to alleged disability discrimination, retaliation, failure to prevent alleged discrimination and retaliation, failure to accommodate, as well as alleged wage and hour damages and penalties, including unpaid overtime wages and meal and rest period premiums resulting from an alleged misclassification, failure to pay timely wages, failure to provide itemized wage statements, and unfair business practices.  (Exb. A [Complaint].)

5.      Complete diversity of citizenship exists in that plaintiff is and was at all relevant times a citizen of the state of California, (Exb. A, [Complaint at ¶6]), and Defendant is and was at all relevant times a corporation incorporated under the laws of the District of Columbia and having its principal place of business in the State of Virginia.  Defendant is the only defendant that has been named in the Complaint and served with the Complaint and summons in this action.

6.      "Doe" defendants are disregarded in determining diversity of citizenship. 28 U.S.C. § 1441(b)(1) ("For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.")

7.      This Notice of Removal is timely filed within thirty days of service of the Complaint.  28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

//

//

//

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{MAL-01445425;1}                                         - 2 -

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)

8.    Defendant will promptly serve plaintiff with written notice of removal of the state court action to this Court, including a copy of this Notice of Removal.  Defendant will thereafter promptly file the written notice served on plaintiff, including a copy of this Notice of Removal, with the clerk of the state court, which shall effect the removal.  28 U.S.C. § 1446(d).

Dated: August 15, 2023                                    FENTON & KELLER


                                                 By: */s/ Christopher E. Panetta*
                                                 Christopher E. Panetta
                                                 Marco L. Lucido
                                                 Attorneys for Defendant
                                                 GUEST SERVICES, INC.

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

{MAL-01445425;1}                                - 3 -

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY)